# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00185-CV

**In re LaSonya Thomas**

**A. R., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY, NO. D-1-FM-13-005220, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## O R D E R   T O   S H O W   C A U S E

**PER CURIAM**

This is a contempt proceeding ancillary to the appeal of A. R. The subject of this proceeding is court reporter LaSonya Thomas, who has failed to comply with this Court's order to file the reporter's record.

On April 27, 2015, we ordered Thomas to file the record by May 4, 2015, and cautioned her that failure to file the record by that date could require her to show cause why she should not be held in contempt of court.

Therefore, it is hereby ordered that LaSonya Thomas shall appear in person before this Court on Wednesday, May 13, 2015, at 1:30 p.m., in the Third Court of Appeals courtroom, located on the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in Austin, Travis County, Texas, to show cause why she should not be held in contempt and have

sanctions imposed for her failure to obey our April 27, 2015 order. This order to show cause will be withdrawn and Thomas will be relieved of her obligation to appear before this Court as ordered above if the Clerk of the Court receives the complete reporter's record before Wednesday, May 13, 2015, at 8:00 a.m.

It is ordered on May 8, 2015.


Before Justices Puryear, Pemberton and Bourland